UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO DE JESUS MORA,<br>a/k/a Antonio Equivel Mora,<br>a/k/a Francisco Mora,<br>a/k/a Francisco Avila,<br>a/k/a Jesus Avila,<br>a/k/a Jesus Ortiz,<br>a/k/a Jesus Ortiz-Avila,<br>a/k/a Francisco Mora-Avila,<br>a/k/a Miguel Mora-Esquivel,<br>a/k/a Miguel Equivel,<br>a/k/a Miguel Esquivel-Mora,<br>ANTONIO ESQUIVEL, and<br>YESENIA GARCIA,<br><br>  Defendants. | 3:19-CR-00028-MMD-CLB<br><br>ORDER AND NOTICE OF<br>CORRECTION TO ECF 10 |

IT IS HEREBY ORDERED that the record shall reflect the arrest warrant, returned executed in the name of "Antonio Esquivel" and filed as ECF 10, refers to defendant number one on the indictment, "Alejandro De Jesus Mora, a/k/a Antonio Esquivel Mora."

DATED this ___13th___ of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

5