AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
              FILED              RECEIVED
              ENTERED            SERVED ON
                          COUNSEL/PARTIES OF RECORD

                      JUL - 1 2021

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
              BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>ANTONIO ESQUIVEL<br><br>_Defendant_ | Case No. 3:19-cr-00028-MMD-CLB |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Bruce R. Thompson Courthouse and Federal Building<br>400 S. Virginia Street, Reno, NV 89501<br>Before: Honorable Carla Baldwin, U.S. Magistrate Judge | Courtroom No.: 1 |
|---|---|
| | Date and Time: 7/9/21 11:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 07/01/2021

_Judge's signature_

Carla Baldwin, United States Magistrate Judge
_Printed name and title_