| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:19CR00028 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:24-cr-0205 JAM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Antonio Esquivel<br><br>Burney, CA<br><br>**FILED**<br>Jul 01, 2024<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Miranda M. Du | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/7/2023    TO 11/6/2026 |

OFFENSE
21 U.S.C. §§ 846, 841(a)(1) 841(b)(1)(C) - Conspiracy to Possess with Intent to Distribute a Controlled Substance

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Community ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____Nevada____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 28, 2024
_Date_        /s/ _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Eastern____ DISTRICT OF ____California____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

07/01/2024
_Effective Date_        JOHN A. MENDEZ, UNITED STATES DISTRICT JUDGE

1